## APAC-CAROLINA, INC. v. GREENSBORO-HIGH POINT AIRPORT AUTHORITY

No. 325P93

Case below: 110 N.C.App. 664

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 4 November 1993.

## BROWN v. TOWN OF RICHLANDS

No. 321P93

Case below: 110 N.C.App. 314

Petition by John I. Brown and Lewis Shaw for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 October 1993.

## CHERRY v. HARRIS

No. 274P93

Case below: 110 N.C.App. 478

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 7 October 1993.

## CONSIDINE v. WEST POINT DAIRY PRODUCTS

No. 367P93

Case below: 111 N.C.App. 427

Motion by defendant to dismiss the appeal for lack of substantial constitutional question allowed 4 November 1993. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 November 1993.

## CROMER v. WAYNE POULTRY

No. 347P93

Case below: 111 N.C.App. 265

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 October 1993.